IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RE: | |
| PABLO JOEL CRUZ NARVAEZ | CASE NO. 15-10229 ESL |
| DEBTOR | CHAPTER 13 |
| RE: | |
| DENISE MARIE DELGADO VELAZQUEZ | CASE NO. 15-10230 MCF |
| DEBTOR | |

## JOINT MOTION FOR ORDER OF SUBSTANTIVE CONSOLIDATION

THE HONORABLE COURT:

**COMES NOW**, ROBERTO FIGUEROA CARRASQUILLO, attorney for the debtors named above, who represents and prays as follows:

1.  The bankruptcy petition in number 15-10229 ESL was filed on December 23, 2015 and in case 15-10230 MCF the petition was also filed on December 23, 2015.

2.  These two cases are related in the debtors PABLO JOEL CRUZ NARVAEZ and DENISE MARIE DELGADO VELAZQUEZ are currently living together as common-law-spouses.

3. There are real and personal properties which are held in common ownership and which are scheduled in both cases.  In addition, there are creditors who are parties in interest in both cases.

4. It is the best interest of the debtors, creditors and other parties in interest that the case be substantively consolidated so that they may be jointly administered in order to permit meetings, hearings and other events to be scheduled at the same time, and in order to file a consolidated plan, and to reduce administrative costs to all parties in interest, as

Page -2-
*JOINT MOTION FOR ORDER OF SUBSTANTIVE CONSOLIDATION*
Pablo Joel Cruz Narvaez/15-10229 ESL13
Denise Marie Delgado Velazquez/15-10230 MCF13

well as to this Honorable Court.

**WHEREFORE**, movant prays for an order of substantive consolidation of these two

cases encompassing such terms as this Honorable Court may deem proper.

## NOTICE

**Within fourteen (14) days after service as evidenced by the certification, and
an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served
by mail, any party against whom this paper has been served, or any other party to
the action who objects to the relief sought herein, shall serve and file an objection or
other appropriate response to this paper with the Clerk's office of the U.S.
Bankruptcy Court for the District of Puerto Rico. If no objection or other response is
filed within the time allowed herein, the paper will be deemed unopposed and may
be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief
is against public policy; or (iii) in the opinion of the Court, the interest of justice
requires otherwise.**

**I CERTIFY** that on this same date a copy of this notice was sent via electronically

with the Clerk of the Court using CM/ECF systems which will send notifications of such to

the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service

copy of this motion to the following non CM/ECF participants: debtors in the above

captioned cases, Pablo Joel Cruz Narvaez and Denise Marie Delgado Velazquez; and to

all creditors and parties appearing in both master address lists, hereby attached.

**RESPECTFULLY SUBMITTED**.  In San Juan, Puerto Rico, this 04th day of

January, 2016.

/s/ *Roberto Figueroa-Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186 CAGUAS PR 00726-0186
TEL NO 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing        US Bankruptcy Court District of P.R.        Amex
0104-3                                  Jose V Toledo Fed Bldg & US Courthouse      PO Box 297871
Case 15-10229-ESL13                     300 Recinto Sur Street, Room 109            Fort Lauderdale, FL  33329-7871
District of Puerto Rico                 San Juan, PR 00901-1964
Old San Juan
Mon Jan  4 12:36:50 AST 2016

Banco Popular de Puerto Rico            Central Credit Services LLC                DTOP
Bankruptcy Department                   PO Box 357                                 PO Box 41269 Minillas Station
PO Box 366818                           Ramsey, NJ  07446-0357                     San Juan, PR  00940-1269
San Juan, PR  00936-6818


Old Navy Visa/Syncb                     Scotiabank de Puerto Rico                  Sears/Cbna
PO Box 960017                           PO Box 363368                              133200 Smith Rd
Orlando, FL  32896-0017                 San Juan, PR  00936-3368                   Cleveland, OH  44130



Thd/Cbna                                Universal Insurance Company                ALEJANDRO OLIVERAS RIVERA
PO Box 6497                             PO Box 71338                               ALEJANDRO OLIVERAS CHAPTER 13 TRUS
Sioux Falls, SD  57117-6497             San Juan, PR  00936-8438                   PO BOX 9024062
                                                                                   SAN JUAN, PR 00902-4062



MONSITA LECAROZ ARRIBAS                 PABLO JOEL CRUZ NARVAEZ                     ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)          URB MIRADOR DE BAIROA 2R3 27 STREET        PO BOX 186
OCHOA BUILDING                          CAGUAS, PR 00727-1035                      CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901


End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14
```

Label Matrix for local noticing
0104-3
Case 15-10230-MCF13
District of Puerto Rico
Old San Juan
Mon Jan  4 12:37:19 AST 2016

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

BANCO SANTANDER PUERTO RICO
DIV QUIEBRAS
PO BOX 362589
SAN JUAN PR 00936-2589

Banco Popular de Puerto Rico
Bankruptcy Department
PO Box 366818
San Juan, PR  00936-6818

Banco Santander Puerto Rico
207 Ponce De Leon
San Juan, PR 00917-1818

Bbva Puerto Rico
Carr
174 Km 1.9 Centro I
Bayamon, PR  00959

IRS
PO Box 7346
Philadelphia, PA  19101-7346

Island Financ
Caguas Plaza Centro
PO Box 610
Caguas, PR 00726-0610

Island Finance
PO Box 71504
San Juan, PR  00936-8604

Money Express
Bankruptcy Division
PO Box 9146
San Juan, PR  00908-0146

Santander
PO Box 71504
San Juan, PR  00936-8604

Syncb/Walmart
4125 Windward Plz
Alpharetta, GA  30005-8738

Syncb/tjx Cos
PO Box 965015
Orlando, FL  32896-5015

DENISE MARIE DELGADO VELAZQUEZ
URB MIRADOR DE BAIROA 2R3 27 STREET
CAGUAS, PR 00727-1035

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

End of Label Matrix
Mailable recipients      16
Bypassed recipients       0
Total                    16