IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RE: <br><br> PABLO JOEL CRUZ NARVAEZ <br><br> DEBTOR | CASE NO. 15-10229 ESL <br><br> CHAPTER 13 |
| RE: <br><br> DENISE MARIE DELGADO VELAZQUEZ <br><br> DEBTOR | CASE NO. 15-10230 MCF |

**JOINT MOTION FOR ORDER OF SUBSTANTIVE CONSOLIDATION**

THE HONORABLE COURT:

**COMES NOW**, ROBERTO FIGUEROA CARRASQUILLO, attorney for the debtors named above, who represents and prays as follows:

1. The bankruptcy petition in number 15-10229 ESL was filed on December 23, 2015 and in case 15-10230 MCF the petition was also filed on December 23, 2015.

2. These two cases are related in the debtors PABLO JOEL CRUZ NARVAEZ and DENISE MARIE DELGADO VELAZQUEZ are currently living together as common-law-spouses.

3. There are real and personal properties which are held in common ownership and which are scheduled in both cases. In addition, there are creditors who are parties in interest in both cases.

4. It is the best interest of the debtors, creditors and other parties in interest that the case be substantively consolidated so that they may be jointly administered in order to permit meetings, hearings and other events to be scheduled at the same time, and in order to file a consolidated plan, and to reduce administrative costs to all parties in interest, as

Page -2-
*JOINT MOTION FOR ORDER OF SUBSTANTIVE CONSOLIDATION*
Pablo Joel Cruz Narvaez/15-10229 ESL13
Denise Marie Delgado Velazquez/15-10230 MCF13

well as to this Honorable Court.

**WHEREFORE**, movant prays for an order of substantive consolidation of these two cases encompassing such terms as this Honorable Court may deem proper.

## NOTICE

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors in the above captioned cases, Pablo Joel Cruz Narvaez and Denise Marie Delgado Velazquez; and to all creditors and parties appearing in both master address lists, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 04th day of January, 2016.

/s/ *Roberto Figueroa-Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186 CAGUAS PR 00726-0186
TEL NO 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 15-10229-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Mon Jan  4 12:36:50 AST 2016 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Amex<br>PO Box 297871<br>Fort Lauderdale, FL  33329-7871 |
| Banco Popular de Puerto Rico<br>Bankruptcy Department<br>PO Box 366818<br>San Juan, PR  00936-6818 | Central Credit Services LLC<br>PO Box 357<br>Ramsey, NJ  07446-0357 | DTOP<br>PO Box 41269 Minillas Station<br>San Juan, PR  00940-1269 |
| Old Navy Visa/Syncb<br>PO Box 960017<br>Orlando, FL  32896-0017 | Scotiabank de Puerto Rico<br>PO Box 363368<br>San Juan, PR  00936-3368 | Sears/Cbna<br>133200 Smith Rd<br>Cleveland, OH  44130 |
| Thd/Cbna<br>PO Box 6497<br>Sioux Falls, SD  57117-6497 | Universal Insurance Company<br>PO Box 71338<br>San Juan, PR  00936-8438 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | PABLO JOEL CRUZ NARVAEZ<br>URB MIRADOR DE BAIROA 2R3 27 STREET<br>CAGUAS, PR 00727-1035 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14

```
Label Matrix for local noticing      US Bankruptcy Court District of P.R.     BANCO SANTANDER PUERTO RICO
0104-3                                Jose V Toledo Fed Bldg & US Courthouse  DIV QUIEBRAS
Case 15-10230-MCF13                   300 Recinto Sur Street, Room 109        PO BOX 362589
District of Puerto Rico               San Juan, PR 00901-1964                 SAN JUAN PR 00936-2589
Old San Juan
Mon Jan  4 12:37:19 AST 2016

Banco Popular de Puerto Rico          Banco Santander Puerto Rico             Bbva Puerto Rico
Bankruptcy Department                 207 Ponce De Leon                       Carr
PO Box 366818                         San Juan, PR 00917-1818                 174 Km 1.9 Centro I
San Juan, PR  00936-6818                                                      Bayamon, PR  00959


IRS                                   Island Financ                           Island Finance
PO Box 7346                           Caguas Plaza Centro                     PO Box 71504
Philadelphia, PA  19101-7346          PO Box 610                              San Juan, PR  00936-8604
                                      Caguas, PR 00726-0610


Money Express                         Santander                               Syncb/Walmart
Bankruptcy Division                   PO Box 71504                            4125 Windward Plz
PO Box 9146                           San Juan, PR  00936-8604                Alpharetta, GA  30005-8738
San Juan, PR  00908-0146


Syncb/tjx Cos                         DENISE MARIE DELGADO VELAZQUEZ          JOSE RAMON CARRION MORALES
PO Box 965015                         URB MIRADOR DE BAIROA 2R3 27 STREET     PO BOX 9023884
Orlando, FL  32896-5015               CAGUAS, PR 00727-1035                   SAN JUAN, PR 00902-3884


MONSITA LECAROZ ARRIBAS               ROBERTO FIGUEROA CARRASQUILLO           End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)        PO BOX 186                              Mailable recipients    16
OCHOA BUILDING                        CAGUAS, PR 00726-0186                   Bypassed recipients     0
500 TANCA STREET  SUITE 301                                                   Total                  16
SAN JUAN, PR 00901
```