IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 15-10229 ESL |
| PABLO JOEL CRUZ NARVAEZ | * | CHAPTER 13 |
| DENISE MARIE DELGADO VAZQUEZ | * | |
| DEBTORS | | |

NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COME NOW, **PABLO JOEL CRUZ NARVAEZ and DENISE MARIE DELGADO VAZQUEZ,** debtors in the above captioned case, through the undersigned attorney and very respectfully state and pray as follows:

1. The debtors are hereby submitting an amended Chapter 13 Plan, dated June 30, 2016, herewith and attached to this motion.

2. This amended Plan is filed to increase the proposed Plan base to $24,600 in order to cure the "insufficiently funded" issue raised by the Chapter 13 Trustee in his report on confirmation docket entry #30, in the above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 30th day of June, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:     Case No. **3:15-bk-10229**

**CRUZ NARVAEZ, PABLO JOEL & DELGADO VELAZQUEZ, DENISE MARIE**    Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **6/30/2016**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **12** = $ **3,000.00**
$ **450.00** x **48** = $ **21,600.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **24,600.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **24,600.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,736.00**

Signed: **/s/ PABLO JOEL CRUZ NARVAEZ**
Debtor

**/s/ DENISE MARIE DELGADO VELAZQUEZ**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
*Scotiabank PR: Car lease arrears ($2,520) will be paid paid through the Trustee; the Debtor to continue making current direct payments to lease creditor Scotiabank PR 2011 Jees Cherokee.
* Treasury Department POC #11-1 ($637.14) for post-petition taxes under 1305 to be paid in full (100%) through the Trustee.

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**    Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE <u>CRUZ NARVAEZ, PABLO JOEL & DELGADO VELAZQUEZ, DENISE MARIE</u>   Case No. <u>3:15-bk-10229</u>
Debtor(s)

**AMENDED CHAPTER 13 PAYMENT PLAN**
Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | Scotiabank De Puerto<br>Shendy Velez | | |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing           FIRSTBANK PR                              Quantum3 Group LLC as agent for
0104-3                                    PO BOX 9146                               Sadino Funding LLC
Case 15-10229-ESL13                       SAN JUAN, PR 00908-0146                   PO Box 788
District of Puerto Rico                                                             Kirkland, WA 98083-0788
Old San Juan
Thu Jun 30 09:57:53 AST 2016

US Bankruptcy Court District of P.R.      American Express Bank FSB                 Amex
Jose V Toledo Fed Bldg & US Courthouse    c/o Becket and Lee LLP                    PO Box 297871
300 Recinto Sur Street, Room 109          PO Box 3001                               Fort Lauderdale, FL  33329-7871
San Juan, PR 00901-1964                   Malvern  PA 19355-0701


BANCO SANTANDER PUERTO RICO               Banco Popular de Puerto Rico              Banco Santander Puerto Rico
DIV QUIEBRAS                              Bankruptcy Department                     207 Ponce De Leon
PO BOX 362589                             PO Box 366818                             San Juan, PR 00917-1818
SAN JUAN PR 00936-2589                    San Juan, PR  00936-6818


Bbva Puerto Rico                          Central Credit Services LLC               DTOP
Carr                                      PO Box 357                                PO Box 41269 Minillas Station
174 Km 1.9 Centro I                       Ramsey, NJ  07446-0357                    San Juan, PR  00940-1269
Bayamon, PR 00959


IRS                                       Island Finance                            Island Finance
PO Box 7346                               Caguas Plaza Centro                       PO Box 71504
Philadelphia, PA 19101-7346               PO Box 610                                San Juan, PR 00936-8604
                                          Caguas, PR 00726-0610


MONEY EXPRESS                             Midland Credit Management, Inc. as agent for   Money Express
CONSUMER SERVICE CENTER                   Midland Funding LLC                       Bankruptcy Division
BANKRUPTCY DIVISION (CODE 248)            PO Box 2011                               PO Box 9146
PO BOX 9146, SAN JUAN PR 00908-0146       Warren, MI 48090-2011                     San Juan, PR 00908-0146


Old Navy Visa/Syncb                       SANTANDER FINANCIAL D/B/A ISLAND FINANCE  Santander
PO Box 960017                             PO BOX 195369                             PO Box 71504
Orlando, FL  32896-0017                   SAN JUAN PR 00919-5369                    San Juan, PR 00936-8604


Scotiabank de Puerto Rico                 Sears/Cbna                                Syncb/Walmart
PO Box 363368                             133200 Smith Rd                           4125 Windward Plz
San Juan, PR  00936-3368                  Cleveland, OH  44130                      Alpharetta, GA 30005-8738


Syncb/tjx Cos                             TREASURY DEPARTMENT                       Thd/Cbna
PO Box 965015                             BANKRUPTCY SECTION                        PO Box 6497
Orlando, FL 32896-5015                    PO BOX 9024140                            Sioux Falls, SD  57117-6497
                                          SAN JUAN, PR 00902-4140


Universal Insurance Company               ALEJANDRO OLIVERAS RIVERA                 DENISE MARIE DELGADO VELAZQUEZ
PO Box 71338                              ALEJANDRO OLIVERAS CHAPTER 13 TRUS        URB MIRADOR DE BAIROA 2R3 27 STREET
San Juan, PR  00936-8438                  PO BOX 9024062                            CAGUAS, PR 00727-1035
                                          SAN JUAN, PR 00902-4062
```

| | | |
|---|---|---|
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | PABLO JOEL CRUZ NARVAEZ<br>URB MIRADOR DE BAIROA 2R3 27 STREET<br>CAGUAS, PR 00727-1035 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

End of Label Matrix
Mailable recipients   32
Bypassed recipients    1
Total                 33